# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DR. ERNESTO A. LEE<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA, SCHOOL OF DENTAL MEDICINE, DR. DANA GRAVES, and DR. MARK WOLFF | CIVIL ACTION<br><br>NO. 19-835 |
|---|---|

## ORDER RE: MOTION FOR SUMMARY JUDGMENT
## AND FINAL JUDGMENT

**AND NOW**, this 5th day of May, 2021, upon consideration of Defendants' Motion to for Summary Judgment (ECF 36), Plaintiff's responses thereto (ECF 38, 41), and Defendants' replies in support (ECF 42, 43), as well as the parties' arguments during the April 6, 2021 hearing (ECF 47) and their post-hearing supplemental briefs (ECF 49, 50), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motion for Summary Judgment is GRANTED.

Final judgment shall be entered in favor of Defendants and against Plaintiff.

The Clerk of Court shall close this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 19\19-835 Lee v Univ of Penn Dental\19cv835 MSJ Order.doc